1  Laurie Edelstein (Bar No. 164466)
   Hayley MacMillen (Bar No. 341448)
2  JENNER & BLOCK LLP
   455 Market Street, Suite 2100
3  San Francisco, California 94105
   Telephone:    (628) 267-6800
4  Facsimile:    (628) 267-6859
   ledelstein@jenner.com
5  hmacmillen@jenner.com

6  *Attorneys for Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO META PLATFORMS, INC., | Misc. No. 3:23-mc-80319 |
| IN CONNECTION WITH | Case No. 2:22-cv-00412-RFB-BNW<br>Pending in the District of Nevada |
| EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, | **STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO COMPEL; ORDER** |
| Plaintiffs, | |
| v. | Judge: The Honorable Lisa J. Cisneros<br>Hearing Date: TBD<br>Time: TBD |
| ZUFFA, LLC; ENDEAVOR STREAMING, LLC; and ENDEAVOR GROUP HOLDINGS, INC., | Place: TBD |
| Defendants. | |

## STIPULATION REGARDING MOTION TO COMPEL DEPOSITION

WHEREAS, on December 15, 2022, Plaintiff Everett Bloom served a subpoena for the production of documents and testimony on non-party Meta Platforms, Inc. in connection with *Bloom* v. *Zuffa, LLC*, Case No. 2:22-cv-00412-RFB-BNW (D. Nev.);

WHEREAS, on December 6, 2023, Plaintiffs instituted this action by filing a motion to compel a non-party deposition from Meta Platforms, Inc.;

WHEREAS, the Court has not yet issued an order setting a briefing schedule in this action;

WHEREAS, to the extent that Local Rule 7-3 applies to this motion, Meta's brief in opposition to the motion to compel would be due no later than December 20, 2023 and Plaintiffs' reply brief would be due no later than December 27, 2023;

WHEREAS, Plaintiffs and Meta are in active negotiations to resolve Plaintiffs' motion to compel but additional time is needed to reach agreement;

NOW, THEREFORE, pursuant to Local Civil Rule 7-12, subject to the approval of the Court, Plaintiffs and Meta, by and through their respective counsel, hereby stipulate and agree that to the extent that Local Rule 7-3 applies to this motion, Meta's response to the motion to compel shall be extended to January 5, 2024 and Plaintiffs' reply shall be extended to January 12, 2024.

Accordingly, Plaintiffs and Meta respectfully request that the Court issue an order extending the briefing schedule on Plaintiffs' motion to compel.

**IT IS SO STIPULATED.**

Dated: December 20, 2023

**GUTRIDE SAFIER LLP**

By: ___/s/Anthony Patek_____

Seth A. Safier (Bar. No. 197427)
seth@gutridesafier.com
Anthony J. Patek (State Bar. No. 228964)
anthony@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

STIPULATION EXTENDING BRIEFING SCHEDULE
FOR MOTION TO COMPEL AND ORDER

Misc. No. 3:23-mc-80319

2

| | |
|---|---|
| Dated: December 20, 2023 | **JENNER & BLOCK LLP** |
| | By: ___*/s/ Laurie Edelstein*___ |
| | Laurie Edelstein (Bar No. 164466)<br>Hayley MacMillen (Bar No. 341448)<br>JENNER & BLOCK LLP<br>455 Market Street, Suite 2100<br>San Francisco, California 94105<br>Telephone:   (628) 267-6800<br>Facsimile:    (628) 267-6859<br>ledelstein@jenner.com<br>hmacmillen@jenner.com |
| | *Attorneys for Meta Platforms, Inc.* |


JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105

STIPULATION EXTENDING BRIEFING SCHEDULE
FOR MOTION TO COMPEL AND ORDER

Misc. No. 3:23-mc-80319

3

**ORDER**

Having considered the parties' Stipulation, and good cause appearing therefore, the Court hereby **ORDERS**:

1. Meta Platforms, Inc. shall file its brief in opposition to the motion to compel by January 5, 2024; and

2. Plaintiffs shall file any reply brief in support of their motion to compel by January 12, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 2, 2024

The Honorable Lisa J. Cisneros
United States Magistrate Judge