Laurie Edelstein (Bar No. 164466)
Hayley MacMillen (Bar No. 341448)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:    (628) 267-6800
Facsimile:    (628) 267-6859
ledelstein@jenner.com
hmacmillen@jenner.com

*Attorneys for Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO META PLATFORMS, INC., <br><br> IN CONNECTION WITH <br><br> EVERETT BLOOM, JACK GRAHAM, and DAVE LINDHOLM, <br><br> Plaintiffs, <br><br> v. <br><br> ZUFFA, LLC; ENDEAVOR STREAMING, LLC; and ENDEAVOR GROUP HOLDINGS, INC., <br><br> Defendants. | Misc. No. 3:23-mc-80319-LJC <br><br> Case No. 2:22-cv-00412-RFB-BNW Pending in the District of Nevada <br><br> **STIPULATION EXTENDING BRIEFING SCHEDULE FOR MOTION TO COMPEL; ORDER** <br><br> Judge: The Honorable Lisa J. Cisneros <br> Hearing Date: TBD <br> Time: TBD <br> Place: TBD |

## STIPULATION REGARDING MOTION TO COMPEL DEPOSITION

WHEREAS, on December 15, 2022, Plaintiffs served a subpoena for the production of documents and testimony on non-party Meta Platforms, Inc. in connection with *Bloom* v. *Zuffa, LLC*, Case No. 2:22-cv-00412-RFB-BNW (D. Nev.);

WHEREAS, on December 6, 2023, Plaintiffs instituted this action by filing a motion to compel a non-party deposition from Meta Platforms, Inc.;

WHEREAS, on December 20, 2023, Plaintiffs and Meta filed a stipulation to extend the briefing schedule in light of their active negotiations to resolve Plaintiffs' motion to compel;

WHEREAS, on January 2, 2024, the Court issued an order (Dkt. No. 13) extending Meta's deadline to file its opposition to the motion to compel to January 5, 2024 and extending Plaintiffs' deadline to file a reply in support of their motion to compel to January 12, 2024;

WHEREAS, Plaintiffs and Meta have reached an agreement to resolve Plaintiffs' motion to compel a non-party deposition but need additional time to implement the agreement;

NOW, THEREFORE, pursuant to Local Civil Rule 7-12, subject to the approval of the Court, Plaintiffs and Meta, by and through their respective counsel, hereby stipulate and agree that the deadline for Meta's opposition to the motion to compel shall be extended from January 5, 2024, to February 2, 2024; and the deadline for Plaintiffs' reply shall be extended from January 12, 2024, to February 9, 2024.

Accordingly, Plaintiffs and Meta respectfully request that the Court issue an order extending the briefing schedule on Plaintiffs' motion to compel.

**IT IS SO STIPULATED.**

Dated: January 4, 2024

**GUTRIDE SAFIER LLP**

By: */s/Anthony Patek*

Seth A. Safier (Bar. No. 197427)
seth@gutridesafier.com
Anthony J. Patek (State Bar. No. 228964)
anthony@gutridesafier.com
100 Pine Street, Suite 1250

**JENNER & BLOCK LLP**
455 Market Street, Suite 2100
San Francisco, CA 94105

San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiffs*

Dated: January 4, 2024                    **JENNER & BLOCK LLP**

By: */s/ Laurie Edelstein*

Laurie Edelstein (Bar No. 164466)
Hayley MacMillen (Bar No. 341448)
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, California 94105
Telephone:    (628) 267-6800
Facsimile:    (628) 267-6859
ledelstein@jenner.com
hmacmillen@jenner.com

*Attorneys for Meta Platforms, Inc.*

# ORDER

Having considered the parties' Stipulation, and good cause appearing therefore, the Court hereby **ORDERS**:

1. Meta Platforms, Inc. shall file its brief in opposition to the motion to compel by February 2, 2024; and

2. Plaintiffs shall file any reply brief in support of their motion to compel by February 9, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 4, 2024

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge